IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**LAGERIAN THURSTON,**

　　Petitioner,

v.　　　　　　　　　　　　　　　　　Case No. 5:16cv290-LC/CAS

**JULIE L. JONES, Secretary,
Department of Corrections,**

　　Respondent.
_____/

## ORDER

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge (ECF No. 4) that the case be transferred to the United States District Court for the Southern District of Florida.   The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1).   The time for filing objections has passed, and no objections have been filed.   Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

　　Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation (ECF No. 4) is adopted and incorporated by reference in this order.   Clerk of Court shall forward to Petitioner an application for leave to proceed IFP.

2. The Clerk is directed to transfer the case to the United States District Court for the Southern District of Florida.

**DONE AND ORDERED** on November 30, 2016.

                                  *s/   L.A. Collier*                                              
                                  **LACEY A. COLLIER**
                                  **SENIOR UNITED STATES DISTRICT JUDGE**